1       UNITED STATES DISTRICT COURT

2        DISTRICT OF NEVADA

3          * * *

4 UNITED STATES OF AMERICA,

              2:12-cr-00205-GMN-GWF and
5      Plaintiff,     2:11-cr-0093-KJD-GWF

6 vs.

              **ORDER**
7 FRANCISCO IBARRA-MARQUEZ

8      Defendant.

9    Based upon the above motion and good cause appearing,

10     IT IS THEREFORE ORDERED that case numbers 2:12-cr-00205-GMN-GWF and

11 2:11-cr-0093-KJD-GWF be consolidated and entered under case number 2:12-205-GMN-GWF.

12    DATED  7th  day of  September  2012.

13

14

15          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28